IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No.  96-CR-247-03-Z

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HAROLD SMITH,

    Defendant.

_____

ORDER
_____

The matter before the Court is Defendant's *pro se* Request For Disposition Of Untried Information/Complaint Pursuant To The Mandatory Disposition Of Detainer's Act, Article III, which will be treated as a renewed "motion to expunge the detainer for probation violation," which motion previously was denied.  In consideration thereof, it is

ORDERED that Defendant's *pro se* renewed "motion to expunge the detainer for probation violation," [Doc. No. 776] is denied.

DATED at Denver, Colorado, this  17  day of November, 2006.

BY THE COURT:

*[signature]*
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court