IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-cr-00247-ZLW-03

UNITED STATES OF AMERICA,

       Plaintiff,

v.

3. HAROLD SMITH,

       Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce HAROLD SMITH, a.k.a. Harold L. Smith, D.O.B. 1970, DOC No. 81050, before a United States Magistrate Judge, as soon as practicable, for proceedings and appearances upon the charge set forth in the Petition on Supervised Release and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 6 day of May, 2008.

                                                     *Rita RWeinshienk*
                                          UNITED STATES ~~MAGISTRATE~~ District JUDGE
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO