IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk
June 5, 2008

Darlene Martinez, Court Reporter
Bernique Abiakam, Deputy Clerk
Richard Vaccaro, Probation

Criminal Action No. 96-cr-00247-ZLW-03

UNITED STATES OF AMERICA,          Susan Knox

    Plaintiff,

v.

HAROLD SMITH,                      Darren Cantor

    Defendant.

## COURTROOM MINUTES

**Motions Hearing**

**3:34 p.m.     Court in session.**

Court calls case.

Appearances of counsel. Defendant present in custody.

Opening statements by the court.

Statement by Richard Vaccaro, Probation Officer.

**ORDERED:  Oral Motion by Probation Officer to withdraw Violations 2 and 3 is GRANTED.**

**ORDERED:  Defendant's Probation is REVOKED.**

3:41 p.m.     Statement by Ms. Knox.

3:43 p.m.     Statement by Mr. Cantor.

3:47 p.m.     Statement by Mr. Vaccarro, Probation Officer.

3:48 p.m.     Statement by Mr. Smith, Defendant.

Rulings by the Court.

**It is ORDERED and ADJUDGED that the Defendant shall be sentenced for a period of 33 months to be served concurrently to the custodial sentence imposed by Denver District Court in Case No. 1998cr769.**

Further discussion regarding sentencing.

Defendant is advised of right to appeal

**ORDERED:     Petitioner's Motion For Concurrent Sentencing Pursuant To F.R.C.P. 18 U.S.C. §3584 (A) (Filed 11-09-07; Doc. No. 783) is GRANTED.**

**ORDERED:     Petitioner's Motion For Concurrent Sentencing Pursuant To F.R.C.P. 18 U.S.C. §3584 (A) (Filed 3-10-08; Doc. No. 785) is GRANTED.**

**ORDERED:     Defendant remanded to the custody of the U.S. Marshal.**

**3:56 p.m.     Court in recess.**

Hearing concluded.
Total time in court: 22 minutes